COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     6130 Al Development Group, LLC, Carlos Moreno, Luis Quiros and Gabor Marquez-Steffani v. Enol Associates, LLC

Appellate case number:     01-19-00546-CV

Trial court case number:     2018-14099

Trial court:     127th District Court of Harris County

Rule 43.2 sets out the types of judgment the courts of appeals may issue. *See* TEX. R. APP. P. 43.2. Appellants and appellee have filed an agreed motion pursuant to a settlement agreement asking this Court to set aside the final summary judgment and dismiss the appeal. The Court is unsure how to proceed in ruling on this agreed motion as the disposition the parties request is not one of the judgments permitted by Rule 43.2.

The disposition under subsection (d) permits this Court to reverse the final summary judgment and remand to the trial court for further proceedings. *See* TEX. R. APP. P. 43.2(d). Subsection (e) permits this Court to vacate the trial court's final judgment and dismiss the case, which would dismiss not just the appeal but the entire case in the trial court. *See* TEX. R. APP. P. 43.2(e). Finally, subsection (f) permits this Court to simply dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). None of these dispositions permits the Court to vacate the trial court's judgment and dismiss the appeal.

Accordingly, the Court directs the parties to file a response clarifying which disposition the parties are seeking that is also permitted under Rule 43.2. The parties shall respond within ten days of the date of this order.

It is so ORDERED.


Judge's signature:   __Justice Richard Hightower_____
                      ☑ Acting individually     ☐ Acting for the Court


Date:   ____April 21, 2020_____